

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00856-CV

Robert **STEWART**,
Appellant

v.

**BEXAR COUNTY**, et al.,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022TA101366
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: February 5, 2025

DISMISSED FOR WANT OF JURISDICTION

On December 17, 2024, Appellant filed a notice of appeal from a judgment dated May 8, 2024 granting summary judgment for Appellees. Appellant timely filed a motion for new trial on May 20, 2024. See TEX. R. CIV. P. 329b(a). Therefore, the notice of appeal was due to be filed on August 6, 2024, or the notice of appeal along with a motion for extension of time to file the notice of appeal was due on August 21, 2024. *See* TEX. R. APP. P. 26.1(a), 26.3. Appellant did not file a motion for extension of time, and Appellant did not file his notice of appeal until December 17, 2024, which is beyond the fifteen-day grace period provided by Rule 26.3, so a

motion for extension of time cannot be implied. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). It thus appears that Appellant's notice of appeal was untimely and he "can no longer invoke the appellate court's jurisdiction." *Id*. Therefore, on January 10, 2025, we ordered Appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

In his response, Appellant clarifies he intends to bring a restricted appeal. A party may file a notice of appeal within six months after the judgment or order is signed if that party did not participate "in the hearing that resulted in the judgment complained of" and "did not timely file a postjudgment motion or request for findings of fact and conclusions of law, or a notice of appeal within the time permitted by Rule 26.1(a)." *See id*. R. 26.1(c), 30. However, six months after May 8, 2024 would be November 8, 2024. Appellant's notice of appeal was filed on December 17, 2024. Further, Appellant did timely file a postjudgment motion, that being his motion for new trial filed on May 20, 2024. This court is therefore without jurisdiction to consider this appeal, because of the untimely notice of appeal. *See id*. R. 26.1, 30.

Accordingly, this appeal is dismissed for lack of jurisdiction. *See id*. R. 42.3(a).

PER CURIAM